# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFREDO CHICA-IGLESIA, : | |
|     Petitioner : | |
| : | No. 1:18-cv-0035 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN CRAIG LOWE, : | |
|     Respondent : | |

## ORDER

**AND NOW**, on this 25th day of April 2018, **IT IS ORDERED THAT**:

1. Petitioner Alfredo Chica-Iglesia's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED**; and

2. The Clerk of Court shall **CLOSE** this case

                               s/Sylvia H. Rambo
                               SYLVIA H. RAMBO
                               United States District Judge